# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-00162** |
| § | |
| **JOHN DOE,** § | |
| § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL

Plaintiff has filed a notice of voluntary dismissal. (Doc. 10.) This case is therefore

**DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on May 16, 2023.

_____
Keith P. Ellison
United States District Judge